IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JIM R. HUNTER, Personal Representative of the
estate of Robert C. Ramsey, deceased,

    Plaintiff,

v.                                                                         No. 11-cv-0954 JEC/SMV

ADMINISTRATOR OF THE LUNA COUNTY
DETENTION CENTER,
LUNA COUNTY DETENTION CENTER,
BOARD OF COUNTY COMMISSIONERS, Luna
County, Deming, New Mexico,
LUNA COUNTY MANAGER,
JANE DOES, unknown,
JOHN DOES, unknown,
OFFICERS OF LUNA COUNTY DETENTION CENTER,

    Defendants.

### ORDER SETTING A RULE 16 SCHEDULING CONFERENCE

This case is assigned to me for scheduling, case management, discovery, and all non-dispositive motions. Both the Federal Rules of Civil Procedure, as amended, as well as the Local Rules of the Court apply to this lawsuit. Civility and professionalism will be required of counsel. Counsel shall read and comply with "A Lawyer's Creed of Professionalism of the State Bar of New Mexico."

Parties may not modify case management deadlines on their own. Good cause must be shown and the Court's express and written approval obtained for any modification of the dates in the scheduling order that issues from the JSR.

IT IS ORDERED THAT a Rule 16 initial scheduling conference will be held by telephone on **Thursday, March 15, 2012 at 3:00 p.m.** Parties shall call Judge Vidmar's "Meet Me" line at

505-348-2357 to be connected to the proceedings. Counsel shall be prepared to discuss the following: discovery needs and scheduling, all claims and defenses, the use of scientific evidence and whether a *Daubert* hearing is needed, *see Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579, 590–92 (1993), initial disclosures, and the timing of expert disclosures and reports under FED R. CIV. P. 26(a)(2). We will also discuss settlement prospects, alternative dispute resolution possibilities, and consideration of consent pursuant to 28 U.S.C. § 636(c). Client attendance is not required.

Pre-trial practice in this case shall be in accordance with the foregoing.

IT IS SO ORDERED.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**