IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JIM R. HUNTER, Personal Representative of the
estate of Robert C. Ramsey, deceased,

    Plaintiff,

v.        No. 11-cv-0954 JEC/SMV

ADMINISTRATOR OF THE LUNA COUNTY
DETENTION CENTER,
LUNA COUNTY DETENTION CENTER,
BOARD OF COUNTY COMMISSIONERS, Luna
County, Deming, New Mexico,
LUNA COUNTY MANAGER,
JANE DOES, unknown,
JOHN DOES, unknown,
OFFICERS OF LUNA COUNTY DETENTION CENTER,

    Defendants.

**AMENDED ORDER SETTING A RULE 16 SCHEDULING CONFERENCE**

THIS MATTER comes before the Court on the Rule 16 scheduling conference held on March 15, 2012. The Court did not issue a scheduling order following that conference. However, under FED. R. CIV. P. 16(b)(2), the Court must issue a scheduling order.

IT IS THEREFORE ORDERED that a status conference will be held by telephone on **Friday, March 30, 2012 at 11:00 a.m.** Parties shall call Judge Vidmar's "Meet Me" line at 505-348-2357 to be connected to the proceedings. Counsel shall be prepared to discuss the following: discovery needs and scheduling, all claims and defenses, the use of scientific evidence and whether a *Daubert* hearing is needed, *see Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579, 590–92 (1993), initial disclosures, and the timing of expert disclosures and reports under FED R. CIV.

P. 26(a)(2). We will also discuss settlement prospects, alternative dispute resolution possibilities, and consideration of consent pursuant to 28 U.S.C. § 636(c). Client attendance is not required.

    IT IS SO ORDERED.

                                                     **STEPHAN M. VIDMAR**
                                                     **United States Magistrate Judge**