IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JIM R. HUNTER, Personal Representative of the
estate of Robert C. Ramsey, deceased,

    Plaintiff,

v.                                                                                            No. 11-cv-0954 SMV

ADMINISTRATOR OF THE LUNA COUNTY
DETENTION CENTER,
LUNA COUNTY DETENTION CENTER,
BOARD OF COUNTY COMMISSIONERS, Luna
County, Deming, New Mexico,
LUNA COUNTY MANAGER,
JANE DOES, unknown,
JOHN DOES, unknown,
OFFICERS OF LUNA COUNTY DETENTION CENTER,

    Defendants.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

THIS MATTER comes before the Court on the second Rule 16 scheduling conference. Following a review of the parties' Joint Status Report and Provisional Discovery Plan filed December 6, 2011 [Doc. 14], the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the dates designated in the Court's Scheduling Order filed April 3, 2012 [Doc. 30].

                                                                  _____
                                                                    **STEPHAN M. VIDMAR**
                                                                    **United States Magistrate Judge**