**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

JIM R. HUNTER, Personal Representative of
the Estate of Robert C. Ramsey, deceased,

    Plaintiff,

v.                                                                                                          No. 11-cv-0954 SMV

ADMINISTRATOR OF THE LUNA COUNTY
DETENTION CENTER;
LUNA COUNTY DETENTION CENTER;
BOARD OF COUNTY COMMISSIONERS, LUNA COUNTY,
DEMING, NEW MEXICO;
LUNA COUNTY MANAGER;
JOHN DOES, unknown;
JANE DOES, unknown; and
OFFICERS OF LUNA COUNTY DETENTION CENTER,

    Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND DEADLINES TO SUBMIT EXPERT REPORTS

THIS MATTER is before the Court on Plaintiff's Motion for Two Ten-Day Extensions of Time to Submit Expert Reports [Doc. 73] ("Motion"), filed on August 10, 2012. Defendants notified the Court of their non-opposition to the Motion on August 13, 2012. Defendant's Notice of Non-Opposition to Plaintiff's Motion for Extensions [Doc. 74]. The Motion seeks to extend by 10 days both the Plaintiff's and the Defendants' deadlines to submit expert reports. Motion [Doc. 73] at 1. Currently, the deadline for parties to submit their expert reports is: August 10, 2012, for Plaintiff, and September 14, 2012, for all other parties. Order Amending the Scheduling Order [Doc. 57] (text-only entry on the electronic docket). The Court, being advised

that the Motion is unopposed, and being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the deadlines for parties to provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) shall be as follows:

For Plaintiff, no later than **Monday, August 20, 2012**;

for all other parties, no later than **Monday, September 24, 2012**.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**