IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JIM R. HUNTER, Personal Representative of
the estate of Robert C. Ramsey, deceased,

    Plaintiff,

v.                                                                                    No. 11-cv-0954 SMV/CG

LUNA COUNTY DETENTION CENTER,
LUNA COUNTY MANAGER,

    Defendants.[1]

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58, the Court hereby enters judgment in this matter. Having dismissed all of Plaintiff's remaining claims with prejudice in an order entered concurrently herewith,

**IT IS ORDERED, ADJUDGED, AND DECREED** that **JUDGMENT** is entered **IN FAVOR OF DEFENDANTS** on all of Plaintiff's claims.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendants John and Jane Does, Officers of Luna County Detention Center, and Administrator of Luna County Detention Center are hereby **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendants Board of County Commissioners, Luna County Detention Center, and Luna County Manager are hereby **DISMISSED with prejudice**.

---

[1] The Luna County Detention Center and Luna County Manager are the only two remaining Defendants in this case after the Court's recent Order Granting Motion to Dismiss [Doc. 79].

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**